

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-21-00150-CR |
| THE STATE OF TEXAS, | § | AN ORIGINAL PROCEEDING |
| RELATOR. | § | IN A WRIT OF PROHIBITION |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of prohibition against the Honorable Pedro Gomez, Jr., Judge of the 112th District Court of Regan County, Texas, and concludes that Relator's petition for writ of prohibition should be dismissed as moot. We therefore dismiss the petition for writ of prohibition for want of jurisdiction on mootness grounds, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 10TH OF SEPTEMBER, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.